In re JEROME LYMAN RICHARDSON, on Disbarment.

[Prior opinion (15 Cal. (2d) 536).]

Miguel Estudillo, Robert W. Kenny and Morris E. Cohn for Petitioner.

Philbrick McCoy for Respondent.

THE COURT. — It appearing upon investigation and report by The State Bar that the facts and circumstances surrounding the conviction of Jerome Lyman Richardson, on his plea of guilty in action No. 27812 in the District Court of the United States in and for the Northern District of New York, do not disclose moral turpitude to have been involved in the commission of the offense, the order to show cause heretofore issued herein is discharged.